# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ISAAC PALOMINO,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>  Respondent. | Case No. 1:16-cv-00210-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 42) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent has advised the Court that Petitioner is presently incarcerated in California Medical Facility, Vacaville, California. As a result, Robert W. Fox, Warden of California Medical Facility, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Robert W. Fox, Warden, California Medical Facility, as Respondent.

IT IS SO ORDERED.

Dated:  **June 2, 2016**                         /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE